# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Virginia Ceynar David Ceynar, Hystad Ceynar Minerals, LLC, and The Birdhead Company, LLC, on behalf of themselves and a class of similarly situated persons,<br><br>      Plaintiff,<br><br>vs.<br><br>Oasis Petroleum North America LLC,<br><br>      Defendants. | **ORDER**<br><br>Case No. 1:20-cv-139 |

On October 1, 2020, Defendant Oasis Petroleum North America LLC "("Oasis") filed a "Suggestion of Bankruptcy." <u>See</u> Docket No. 18. In that notice, it requests any further legal proceedings in this matter, or execution on any judgment entered, be stayed pursuant 11 U.S.C. § 362(a)(1). Section 362(a)(1) provides that, upon the filing of a bankruptcy petition, all judicial and other proceedings are stayed. See 11 U.S.C. § 362(a)(1); see also Missouri v. U.S. Bankruptcy Court for E.D. of Arkansas, 647 F.2d 768, 775 (8th Cir. 1981).

On September 30, 2020, Oasis filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Texas. Consequently, this matter is **STAYED** pursuant to 11 U.S.C. § 362. The scheduling conference set for October 20, 2020, is **CANCELLED**.

    **IT IS SO ORDERED.**

Dated this 14th day of October, 2020.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court