IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Virginia Ceynar, David Ceynar, Hystad Ceynar Minerals, LLC, and the Birdhead Company, LLC, on behalf of themselves and a class of similarly situated persons,<br><br>         Plaintiffs,<br><br>vs.<br><br>Oasis Petroleum North America, LLC,<br><br>         Defendants. | Case No. 1:20-cv-00139 |

## ORDER ADOPTING STIPULATION TO DISMISS WITHOUT PREJUDICE

[¶1] THIS MATTER comes before the Court on a Stipulation for Dismissal without Prejudice filed by the Parties on April 12, 2022. Doc. No. 21. The Parties stipulate to dismiss all claims without prejudice. <u>Id.</u>

[¶2] Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that all claims are **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and fees.

[¶3] **IT IS SO ORDERED**.

  DATED April 14, 2022.

                       /s/ Daniel M. Traynor
                       Daniel M. Traynor, District Judge
                       United States District Court